IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:16-CV-4-DLH

| | |
|---|---|
| TOSHA MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

Pending before the Court is the Consent Motion to Remand [#13]. Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and § 1383(c)(3), and in light of the government's request to remand this action for further administrative proceedings, the Court **GRANTS** the Consent Motion to Remand [# 13]. The Court **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and **REMANDS** this case to the Commissioner for further proceedings, including a supplemental hearing. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157(1991) and Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625(1993).

The Court **DIRECTS** the Clerk to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. The Court **DENIES as moot** the Motion for Summary Judgment [# 11].

Signed: July 21, 2016

Dennis L. Howell
United States Magistrate Judge