IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv4

| | |
|---|---|
| TOSHA MILLS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pending before the Court is the Motion for Attorney Fees [# 18]. Plaintiff moves the Court to award attorney's fees paid by the Commissioner of Social Security ("Commissioner") pursuant to 42 U.S.C. § 406 (b). The Commissioner does not oppose the award of fees in this case. Upon a review of the record, the motion, and the relevant legal authority, the Court **GRANTS** the motion [# 18]. The Court **DIRECTS** the Commissioner to pay to Plaintiff's counsel the sum of $3,000.00 from Plaintiff's back benefits. The Court also **DIRECTS** Plaintiff's counsel to pay to Plaintiff $411.55 in EAJA fees.

Signed: March 20, 2017

Dennis L. Howell
United States Magistrate Judge